1  LAURIE A. TRAKTMAN (SBN 165588)
   **GILBERT & SACKMAN**
2  A Law Corporation
   3699 Wilshire Boulevard, Suite 1200
3  Los Angeles, California  90010-2732
   Telephone: (323) 938-3000
4  Facsimile: (323) 937-9139
   Email: lat@gslaw.org
5
   Attorneys for Plaintiffs
6

ISSUED NOTICE OF RENEWAL TO PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS LOCAL 108 SECTION 401(k) PLAN; SHEET METAL WORKERS SAVINGS PLAN OF SOUTHERN CALIFORNIA; and SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO,<br><br>Defendants. | Case No. 02-CV-07933-ABC (FMOx)<br><br>Hon. Audrey B. Collins<br><br>[~~PROPOSED~~] ORDER ON RENEWAL OF JUDGMENT |

Pursuant to the Stipulation for Judgment and Order Thereon (the "Order") entered in this action on April 15, 2003, by and between plaintiffs BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS LOCAL 108 SECTION 401(k) PLAN; SHEET METAL WORKERS

SAVINGS PLAN OF SOUTHERN CALIFORNIA; and SHEET METAL INDUSTRY FUND OF LOS ANGELES, (collectively the "Plans") and defendants, CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO, the Court has considered the matter fully and concluded that good cause exists to renew the Order entered on April 15, 2003 in its entirety:

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

   1.   CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO are indebted to the Plans pursuant to the Stipulation for Judgment and Order Thereon entered in this Court on April 15, 2003 for delinquent contributions in the amount of $11,456.61, liquidated damages in the amount of $2,291.32, audit costs in the amount of $4,205.30, interest in the amount of $1,145.66, and attorney's fees in the amount of $2,500.00, for a total amount of $21,598.89.

   2.   Judgment may be renewed in this case in favor of the Plans and against CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO, jointly and severally, in the amount of $21,598.89 in delinquent employee benefit plan contributions, liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum in the amount of $21,598.89 as of the date of the Judgment, less credits after judgment in the amount of $0.00 for a total of $21,598.89.

**IT IS SO ORDERED.**

Dated: OCT. 1, 2012

~~Honorable Audrey B. Collins~~
DEPUTY CLERK
UNITED STATES DISTRICT COURT