LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**
A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
Telephone: (323) 938-3000
Facsimile: (323) 937-9139
Email: lat@gslaw.org

Attorneys for Plaintiffs

ISSUED NOTICE OF RENEWAL TO PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS LOCAL 108 SECTION 401(k) PLAN; SHEET METAL WORKERS SAVINGS PLAN OF SOUTHERN CALIFORNIA; and SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO,<br><br>Defendants. | Case No. 02-CV-07933-ABC (FMOx)<br><br>Hon. Audrey B. Collins<br><br>[PROPOSED] ORDER ON RENEWAL OF JUDGMENT |

Pursuant to the Stipulation for Judgment and Order Thereon (the "Order") entered in this action on April 15, 2003, by and between plaintiffs BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS LOCAL 108 SECTION 401(k) PLAN; SHEET METAL WORKERS

SAVINGS PLAN OF SOUTHERN CALIFORNIA; and SHEET METAL INDUSTRY FUND OF LOS ANGELES, (collectively the "Plans") and defendants, CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO, the Court has considered the matter fully and concluded that good cause exists to renew the Order entered on April 15, 2003 in its entirety:

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO are indebted to the Plans pursuant to the Stipulation for Judgment and Order Thereon entered in this Court on April 15, 2003 for delinquent contributions in the amount of $11,456.61, liquidated damages in the amount of $2,291.32, audit costs in the amount of $4,205.30, interest in the amount of $1,145.66, and attorney's fees in the amount of $2,500.00, for a total amount of $21,598.89.

2. Judgment may be renewed in this case in favor of the Plans and against CLIMATE CONTROL SYSTEMS, INC. and JESS BRAVO, jointly and severally, in the amount of $21,598.89 in delinquent employee benefit plan contributions, liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum in the amount of $21,598.89 as of the date of the Judgment, less credits after judgment in the amount of $0.00 for a total of $21,598.89.

**IT IS SO ORDERED.**

Dated: OCT. 1, 2012

~~Honorable Audrey B. Collins~~
DEPUTY CLERK
UNITED STATES DISTRICT COURT