LAURIE A. TRAKTMAN (SBN 165588)
Email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; SHEET METAL WORKERS LOCAL 108 SECTION 401(k) PLAN; SHEET METAL WORKERS SAVINGS PLAN OF SOUTHERN CALIFORNIA; and SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>    Plaintiffs,<br><br>      v.<br><br>CLIMATE CONTROL SYSTEMS, INC., and JESS BRAVO,<br><br>    Defendants. | Case No. 02-CV-07933-ABC (FMOx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

    Based upon the application for Renewal of the Judgment of the original Judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

The Judgment to and against Climate Control Systems Inc., and Jess Bravo, jointly and severally, the Order for Stipulation of Judgment entered on April 15, 2003 and Renewed on October 1, 2012 is hereby renewed (again) in the amounts set forth below:

Renewal of money Judgment:

a. Total Judgment: $21,598.89.
b. Costs after Judgment: $0.00.
c. Attorneys fees: $0.00.
d. Subtotal (add a, b, and c): $21,598.89.
e. Credits after Judgment: $0.00.
f. Subtotal (subtract e from d): $21,598.89.
g. Interest after Judgment: $41,961.02 (The post-Judgment interest rate was calculated at 10% per annum pursuant to the original Judgment entered on April 15, 2003 which was renewed on October 1, 2012).
h. Fee for filing renewal application: $0.00.
i. Total renewed Judgment (add f, g, and h): $63,559.91.

Dated: September 15, 2022                By Clerk of Court: _____, Deputy Clerk
                                         Kiry K. Gray